| | |
|---|---|
| DATE: | 5/27/2021 |
| LOCATION: | Sherman |
| JUDGE: | Christine Nowak |
| DEP. CLERK: | K. Lee |
| RPTR/ECRO: | Digital Recording |
| USPO: | M. Petty / N. Estrada |
| INTERPRETER: | N/A |
| BEGIN/END: | 9:57 a.m. / 10:10 a.m. |
| TOTAL TIME: | |

CASE NUMBER 4:21-CR-00126-4

USA v. <u>Broderick Steven Johnson</u>

<u>Brent Andrus</u>
AUSA

<u>Matt Hamilton</u>
Defense Attorney

☑ INITIAL APPEARANCE
☑ ARRAIGNMENT

☑ Defendant Sworn      ☐ Interpreter Required

☑ Dft appears: ☐ with counsel ☑ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant

☑ Date of arrest _5/26/21_      (Other district court & case #) _____

☑ Defendant ☑ advised of charges, penalties, and rights

☑ Dft first appearance with counsel ☑ CJA appointed ☐ Retained ☐ Federal Public Defender appointed
Attorney: __Matt Hamilton__

☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.

☑ Defendant requests appointed counsel, is sworn and examined re: financial status.

☑ Financial affidavit executed by defendant.
The court finds the defendant is ☐ able to employ counsel ☑ unable to employ counsel.

☑ __Matt Hamilton__ appointed   ☐ U.S. Pub Defender _____ appointed

☐ If defendant cannot retain counsel, the Court is to be advised within ___ days so counsel may be appointed.

☑ Govt ~~motion~~ oral motion for detention ☐ Govt oral motion for continuance   ☐ Oral Order granting ☐ Oral Order denying

☑ Defendant oral motion to continue detention hearing   ☑ Oral Order granting ☐ Oral Order denying

☐ Arraignment set _____

☑ Detention Hrg set _6/1/21 10am before Judge Johnson in Plano_   ☑ Temp Detention Order Pending Hearing

☐ Ordering setting conditions of release ☐ Bond executed

☐ Defendant signed Waiver of Detention Hearing.

☑ Defendant remanded to custody of United States Marshal

☐ Defendant motion _____

☐ Government motion _____

_____

_____

## ARRAIGNMENT

☑ Arraignment held

☑ Dt appears with counsel

☑ Dft ☑ sworn
☑ received copy of charges ☑ discussed charges with counsel ☐ charges read
☑ waived reading of charges

☑ Dft enters a plea of ☑ not guilty
To **Count 1 of the Indictment** _____

☑ Pretrial Discovery and Inspection Order entered. Case set for final pretrial conferences/jury selection and trial setting on: **SDJ 8/2/21** Pretrial Date: _____

☑ **Rule 5f order** _____

☐ _____

☑ Df remanded to custody USM ☐ Dft RELEASED on conditions of release after out-processing by USM

☐ Recess _____